Joseph C. Faucher, CSB No. 137353
Brian D. Murray, CSB No. 294100
Catherine L. Reagan, CSB No. 327702
TRUCKER ✦ HUSS
A Professional Corporation
15760 Ventura Blvd., Ste. 910
Encino, California 91436
Telephone:  (213) 537-1016
Facsimile:   (213) 537-1020
E-mail:  jfaucher@truckerhuss.com
         bmurray@truckerhuss.com
         creagan@truckerhuss.com

Attorneys for Plaintiff
THE HUNTINGTON LIBRARY, ART MUSEUM,
AND BOTANICAL GARDENS, as Administrator of
The Huntington Library, Art Museum, and Botanical
Gardens 403(b) Savings and Retirement Plan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HUNTINGTON LIBRARY, ART MUSEUM, AND BOTANICAL GARDENS, as Administrator of The Huntington Library, Art Museum, and Botanical Gardens 403(b) Savings and Retirement Plan,<br><br>Plaintiff,<br><br>vs.<br><br>YVONNE MASON, an individual; LINDA DELUNA, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00032-GW (SHKx)<br><br>**STIPULATION REGARDING DISTRIBUTION OF ASSETS TO CLAIMANTS**<br><br>[Proposed Order filed concurrently herewith] |

STIPULATION FOR DISMISSAL AS TO ALL CLAIMS; RESERVATION OF PLAINTIFF'S RIGHT TO SEEK ATTORNEY'S FEES AND COSTS FOR FILING INTERPLEADER
7112060.1

1

# STIPULATION

The parties hereto stipulate as follows:

1. Plaintiff, in its capacity as Administrator of The Huntington Library, Art Museum, and Botanical Gardens 403(b) Savings Plan (the "Plan") filed this Complaint as an interpleader to resolve a dispute between Defendants Linda DeLuna and Yvonne Mason with regard to benefits payable in the account of their uncle, Henry L. Masons, in Plan. Before his death, Mr. Mason was a participant in the Plan.

2. Prior to November 2021, Mr. Mason's sole beneficiary of record for the Plan was Yvonne Mason.

3. On or about November 20, 2021, Henry Mason executed a new Beneficiary Designation Form relative to his account in the Plan, designating Yvonne Mason and Linda DeLuna, each as 50% beneficiaries of Mr. Mason's account in the Plan (the "November 2021 Beneficiary Designation").

4. Following his death, Yvonne Mason challenged the November 2021 Beneficiary Designation. As a result of the dispute with respect to the proper beneficiary/beneficiaries of Mr. Mason's account, Plaintiff filed the Complaint in this action seeking, among other things, declaratory relief with respect to the proper beneficiary or beneficiaries, and an order discharging Plaintiff from further liability after distributing the benefits at issue consistent with an order of this Court.

5. After the Complaint in this action was filed, Yvonne Mason notified counsel for Plaintiff that she was withdrawing her challenging to the November 2021 Beneficiary Designation.

6. The Parties hereby stipulate that Defendants Linda DeLuna and Yvonne Mason shall each receive 50% of Mr. Mason's benefits payable from the Plan, as of **April 1, 2023** (the "Valuation Date"), in accordance with the Plan's procedures for beneficiary payments, first reduced by the amount of any attorney's fees or costs awarded by this Court to Plaintiff for the cost of pursuing this interpleader action. The

amounts distributed to each Defendant will be charged 50% of the amount of attorney's fees ordered to be paid to Plaintiff.

7. The Plan will file a motion seeking attorney's fees and costs with this Court within 30 days of an order by the Court upon this stipulation.

8. Defendants Ms. DeLuna and Ms. Mason hereby reserve the right to challenge the Plaintiff's request for attorney's fees and costs incurred in this action.

9. Except as stated herein, Defendants Ms. DeLuna and Ms. Mason discharge the Plan of all liabilities except with regards to the distribution of Mr. Mason's benefits in accordance with this Stipulation, the Court's order regarding the Plan's request for attorney's fees and costs, and the Plan's procedures.

The Parties named below have signed this Stipulation on the dates shown below and, by signing below, each Party acknowledges that this Stipulation is executed voluntarily and of their own free will:

DATED: March 31, 2023  TRUCKER ✦ HUSS

By: */s/ Joseph C. Faucher*
Joseph C. Faucher
Attorneys for Plaintiff
THE HUNTINGTON LIBRARY, ART MUSEUM, AND BOTANICAL GARDENS,
as Administrator of
The Huntington Library, Art Museum, and Botanical Gardens 403(b) Savings and Retirement Plan

DATED: March 31, 2023

By: See attached signature page
Linda DeLuna,
Defendant

DATED: March 31, 2023

By: See attached signature page
Yvonne Mason,
Defendant

amounts distributed to each Defendant will be charged 50% of the amount of attorney's fees ordered to be paid to Plaintiff.

7. The Plan will file a motion seeking attorney's fees and costs with this Court within 30 days of an order by the Court upon this stipulation.

8. Defendants Ms. DeLuna and Ms. Mason hereby reserve the right to challenge the Plaintiff's request for attorney's fees and costs incurred in this action.

9. Except as stated herein, Defendants Ms. DeLuna and Ms. Mason discharge the Plan of all liabilities except with regards to the distribution of Mr. Mason's benefits in accordance with this Stipulation, the Court's order regarding the Plan's request for attorney's fees and costs, and the Plan's procedures.

The Parties named below have signed this Stipulation on the dates shown below and, by signing below, each Party acknowledges that this Stipulation is executed voluntarily and of their own free will:

DATED: March 31, 2023

TRUCKER ✦ HUSS

By: /s/ Joseph C. Faucher
Joseph C. Faucher
Attorneys for Plaintiff
THE HUNTINGTON LIBRARY, ART MUSEUM, AND BOTANICAL GARDENS,
as Administrator of
The Huntington Library, Art Museum, and Botanical Gardens 403(b) Savings and Retirement Plan

DATED: March 31, 2023

By: *Linda E. DeLuna*
Linda DeLuna,
Defendant

DATED: March 31, 2023

By: See attached signature page
Yvonne Mason,
Defendant

---

STIPULATION FOR DISMISSAL AS TO ALL CLAIMS; RESERVATION OF PLAINTIFF'S RIGHT TO SEEK ATTORNEY'S FEES AND COSTS FOR FILING INTERPLEADER
7112060.1

3

amounts distributed to each Defendant will be charged 50% of the amount of attorney's fees ordered to be paid to Plaintiff.

7. The Plan will file a motion seeking attorney's fees and costs with this Court within 30 days of an order by the Court upon this stipulation.

8. Defendants Ms. DeLuna and Ms. Mason hereby reserve the right to challenge the Plaintiff's request for attorney's fees and costs incurred in this action.

9. Except as stated herein, Defendants Ms. DeLuna and Ms. Mason discharge the Plan of all liabilities except with regards to the distribution of Mr. Mason's benefits in accordance with this Stipulation, the Court's order regarding the Plan's request for attorney's fees and costs, and the Plan's procedures.

The Parties named below have signed this Stipulation on the dates shown below and, by signing below, each Party acknowledges that this Stipulation is executed voluntarily and of their own free will:

DATED: March 31, 2023

TRUCKER ✦ HUSS

By: /s/ Joseph C. Faucher
Joseph C. Faucher
Attorneys for Plaintiff
THE HUNTINGTON LIBRARY, ART MUSEUM, AND BOTANICAL GARDENS,
as Administrator of
The Huntington Library, Art Museum, and Botanical Gardens 403(b) Savings and Retirement Plan

DATED: March 31, 2023

By: See attached signature page
Linda DeLuna,
Defendant

DATED: March 31, 2023

By: [signature]
Yvonne Mason,
Defendant