JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. <u>EDCV  23-0032-GW-SHKx</u>                Date <u>April 18, 2023</u>

Title: <u>Huntington Library, Art Museum and Botanical Gardens v. Yvonne Mason, et al.</u>

Present: The Honorable <u>GEORGE H. WU, U.S. DISTRICT JUDGE</u>

| Javier Gonzalez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

N/A                                        N/A

Proceedings:    ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated <u>April 7, 2023 [19].</u>       .

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
   Make JS-6.

☐  Other _____

☐  Entered _____.

Initials of Preparer _____<u>JG</u>_____